**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609-858-9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 23-13924-KCF | **DATE FILED::** 5/8/23 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Thomas Joseph Manzo Jr. xxx-xx-6607 | **ADDRESS OF DEBTOR(S):** 6 Berkeley St. Manchester Township, NJ 08759 |
| **DEBTOR'S ATTORNEY:** Bruce Radowitz Recovery Law Group 309 Fellowship Rd E Gate Center Ste 200 Mt. Laurel, NJ 08054 908-687-2333 | **TRUSTEE:** Bunce Atkinson Bunce D. Atkinson, Chapter 7 Trustee 1011 Highway 71 Suite 200 Spring Lake, NJ 07762 732-449-0525 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/20/23

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy-forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 22, 2023

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Joseph Manzo, Jr.  
    Debtor

Case No. 23-13924-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 22, 2023      Form ID: noa      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Joseph Manzo, Jr., 6 Berkeley St., Manchester Township, NJ 08759-3246 |
| 519910301 | | Apex Asset Management, Attn: Bankruptcy, PO Box 5407, Lancaster, PA 17606-5407 |
| 519910302 | + | Bay Area Credit Service, LLC, P.O. Box 468449, Atlanta, GA 31146-8449 |
| 519910307 | + | CST, 27475 Meadowbrook RD, Novi, MI 48377-3532 |
| 519910306 | + | Crestwood Village Six, 6 Congasia Rd., Manchester Township, NJ 08759-3224 |
| 519910309 | ++ | GERISCRIPT LLC, 220 WEST PARKWAY, UNITS 4-5, POMPTON PLAINS NJ 07444-1013 address filed with court:, Geriscript, 220 W. Parkway Ste 4, Pompton Plains, NJ 07444 |
| 519910313 | + | New Jersey Healthcare, PO Box 412138, Boston, MA 02241-2138 |
| 519910314 | + | Omni Care, PO Box 101928, Birmingham, AL 35210-6928 |
| 519910315 | + | Quality Medical Transport, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519910317 | | RWJ Barnabas Health, PO Box 22363, New York, NY 10087-2363 |
| 519910316 | + | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519910320 | + | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Orlando, FL 32896-0001 |
| 519910322 | + | Shore Neurology, 633 Route 37, West Toms River, Toms River, NJ 08755-8007 |
| 519910324 | | Sunnova, Po Box 56229, Houston, TX 77256-6229 |
| 519910325 | + | Toms River XRay, 154 HWY 37 W., Toms River, NJ 08755-8059 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2023 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2023 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910299 | + | EDI: LCIICSYSTEM | Jun 23 2023 00:46:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519910300 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2023 21:26:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519910301 | ^ | MEBN | Jun 22 2023 20:58:37 | Apex Asset Management, Attn: Bankruptcy, PO Box 5407, Lancaster, PA 17606-5407 |
| 519910303 | ^ | MEBN | Jun 22 2023 20:57:02 | BCA Financial Services, 18001 Old Cutler Rd Suite 462, Miami, FL 33157-6437 |
| 519910305 | + | Email/Text: ebn@rwjbh.org | Jun 22 2023 21:08:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 519910308 | + | EDI: DISCOVER.COM | Jun 23 2023 00:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519910310 | + | EDI: LCIICSYSTEM | Jun 23 2023 00:46:00 | IC System, PO BOX 64378, Saint Paul, MN 55164-0378 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: noa | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 519910311 | + EDI: IRS.COM | Jun 23 2023 00:46:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519910304 | EDI: JPMORGANCHASE | Jun 23 2023 00:46:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519910312 | Email/Text: govtaudits@labcorp.com | Jun 22 2023 21:07:00 | Labcorp, PO BOX 2240, Burlington, NC 27216-2240 |
| 519910318 | + Email/Text: DeftBkr@santander.us | Jun 22 2023 21:08:00 | Santander Bank Na, PO Box 12646, Reading, PA 19612-2646 |
| 519910321 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 22 2023 21:09:00 | Select Portfolio Servicing, Inc, Po Box 65450, Salt Lake City, UT 84165-0450 |
| 519910323 | + Email/Text: clientservices@simonsagency.com | Jun 22 2023 21:08:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519910319 | *+ | Santander Bank Na, PO Box 12646, Reading, PA 19612-2646 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Bruce Radowitz | on behalf of Debtor Thomas Joseph Manzo  Jr. bradowitz@recoverylawgroup.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6