UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: THOMAS JOSEPH MANZO

Case No.: 23-13924
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

Bunce D. Atkinson, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on August 1, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
6 Berkeley Street
Manchester Township, NJ
Value: $198,000.00 (1/2 interest)

Liens on property:
$169,000.00
Select Portfolio Servicing, Inc.

Amount of equity claimed as exempt: $25,500.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:                                    Case No. 23-13924-KCF
Thomas Joseph Manzo, Jr.                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                                    Page 1 of 2
Date Rcvd: Jun 27, 2023             Form ID: pdf905                                 Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Joseph Manzo, Jr., 6 Berkeley St., Manchester Township, NJ 08759-3246 |
| 519910301 |  | Apex Asset Management, Attn: Bankruptcy, PO Box 5407, Lancaster, PA 17606-5407 |
| 519910302 | + | Bay Area Credit Service, LLC, P.O. Box 468449, Atlanta, GA 31146-8449 |
| 519910307 | + | CST, 27475 Meadowbrook RD, Novi, MI 48377-3532 |
| 519910306 | + | Crestwood Village Six, 6 Congasia Rd., Manchester Township, NJ 08759-3224 |
| 519910309 | ++ | GERISCRIPT LLC, 220 WEST PARKWAY, UNITS 4-5, POMPTON PLAINS NJ 07444-1013 address filed with court:, Geriscript, 220 W. Parkway Ste 4, Pompton Plains, NJ 07444 |
| 519910313 | + | New Jersey Healthcare, PO Box 412138, Boston, MA 02241-2138 |
| 519910314 | + | Omni Care, PO Box 101928, Birmingham, AL 35210-6928 |
| 519910315 | + | Quality Medical Transport, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519910317 |  | RWJ Barnabas Health, PO Box 22363, New York, NY 10087-2363 |
| 519910316 | + | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519910320 | + | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Orlando, FL 32896-0001 |
| 519910322 | + | Shore Neurology, 633 Route 37, West Toms River, Toms River, NJ 08755-8007 |
| 519910324 |  | Sunnova, Po Box 56229, Houston, TX 77256-6229 |
| 519910325 | + | Toms River XRay, 154 HWY 37 W., Toms River, NJ 08755-8059 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |  | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2023 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2023 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519910299 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 27 2023 21:12:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 519910300 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 21:21:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519910301 | ^ | MEBN | Jun 27 2023 21:05:34 | Apex Asset Management, Attn: Bankruptcy, PO Box 5407, Lancaster, PA 17606-5407 |
| 519910303 | ^ | MEBN | Jun 27 2023 21:02:31 | BCA Financial Services, 18001 Old Cutler Rd Suite 462, Miami, FL 33157-6437 |
| 519910305 | + | Email/Text: ebn@rwjbh.org | Jun 27 2023 21:12:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 519910308 | + | Email/Text: mrdiscen@discover.com | Jun 27 2023 21:11:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519910310 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 27 2023 21:12:00 | IC System, PO BOX 64378, Saint Paul, MN 55164-0378 |

| | | | | |
|---|---|---|---|---|
| 519910311 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2023 21:12:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519910304 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2023 21:22:07 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 519910312 | | Email/Text: govtaudits@labcorp.com | Jun 27 2023 21:12:00 | Labcorp, PO BOX 2240, Burlington, NC 27216-2240 |
| 519910318 | + | Email/Text: DeftBkr@santander.us | Jun 27 2023 21:12:00 | Santander Bank Na, PO Box 12646, Reading, PA 19612-2646 |
| 519910321 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2023 21:13:00 | Select Portfolio Servicing, Inc, Po Box 65450, Salt Lake City, UT 84165-0450 |
| 519910323 | + | Email/Text: clientservices@simonsagency.com | Jun 27 2023 21:13:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519910319 | *+ | Santander Bank Na, PO Box 12646, Reading, PA 19612-2646 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;aleight@kbtlaw.com |
| Bruce Radowitz | on behalf of Debtor Thomas Joseph Manzo  Jr. bradowitz@recoverylawgroup.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6